

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00386-CV

Barry **BROOKS**, Heston C. King, Stefen Brooks, and Jesse Benavides,
Appellants

v.

**EXCELLENCE MORTGAGE, LTD.;** LATD-1, LLC; Grothues Financial, LTD.; Grothues
Brothers Management I, LLC; Georgetown Mortgage, LLC dba Excellence Mortgage and also
d/b/a MG Mortgage; MG Building Materials LTD.; Grothues Brothers Management II, LLC; and
Larry E. Grothues,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI16915
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of
court for this appeal area taxed against the party that incurred them.

SIGNED October 3, 2018.

_____
Patricia O. Alvarez, Justice